FILED
CLERK U.S. DISTRICT COURT
APR 15 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   Plaintiff,   v.   Francisco Carrillo-Curiel   Defendant. | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release)   No. CR 13-257-JAK |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

   (A)  (X)  the appearance of defendant as required; and/or

   (B)  ( )  the safety of any person or the community.

//
//

The court concludes:

A.   ( )   Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____
_____
_____
_____

(B)   (X)   Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_Based on allegations contained in P.O.'s report._
_____
_____
_____

IT IS ORDERED that defendant be detained.

DATED: 4/15/14

_Patrick J. Walsh_
UNITED STATES MAGISTRATE JUDGE

2